No. 309. ABERNATHY ET AL. *v.* CITY OF IRVINE ET AL. Court of Appeals of Kentucky. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *R. J. Turley* for petitioners. *Thomas D. Shumate* for respondents.

No. 267. MID-AMERICA TELEPHONE Co. *v.* PUBLIC UTILITIES COMMISSION OF OHIO ET AL. Motion of petitioner for leave to proceed *in forma pauperis* denied. The alternative motion to dispense with printing the petition for certiorari granted. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mark McElroy,* Attorney General of Ohio, *Herbert T. Maher* and *Andrew R. Sarisky,* Assistant Attorneys General, and *E. N. Strand* for respondents.

No. 9, Misc. SOSTRE *v.* OSWALD, PAROLE BOARD CHAIRMAN, ET AL. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Joseph J. Rose,* Assistant Attorney General, for respondents.

No. 19, Misc. FREEMAN *v.* KIDD, U. S. MARSHAL, ET AL. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *John G. Laughlin, Jr.* for respondents.

No. 22, Misc. JOHNSON *v.* BENNETT, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Evan Hultman,* Attorney General of Iowa, for respondents.

No. 25, Misc. HOWIE *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.